# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Darin Medeiros

                        Plaintiff(s)

v.

BASELINKER SP. Z O.O. DBA BASL

                        Defendant(s)

CASE No C  5:25-CV-09740

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☑ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☑ other requested deadline:  July 31, 2026 per ECF No. 25

Date: May 15, 2026

/s/ Christopher Medeiros
Attorney for Plaintiff

Date: May 15, 2026

/s/ Andrew C. Johnson
Attorney for Defendant

☒  IT IS SO ORDERED.
☐  IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: May 21, 2026

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*